UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVE LORENZO SHAFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:08-CV-0395-G |
| BILL HILL, Dallas County District ) | |
| Attorney, ) | **ECF** |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, the court summarily **DISMISSES** plaintiff's complaint with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), except for his claim for injunctive relief for

alleged constitutional violations stemming from the indictment and alleged malicious prosecution in Cause No. F03-01100. By separate order, the court will issue process as to that claim.

    **SO ORDERED**.

April 22, 2008.

                                                  */s/ A. Joe Fish*
                                                  **A. JOE FISH**
                                                  **Senior United States District Judge**