UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| STEVE LORENZO SHAFER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-0395-G (BH) |
| BILL HILL, | ) | |
| | ) | **ECF** |
| Defendant. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, the court **DENIES** defendant Hill's motion to dismiss under FED. R. CIV. P. 12(b)(6) and brief in support, filed June 9, 2008 (docket entry 13).

**SO ORDERED**.

September 23, 2008.

                                                          _____
                                                          **A. JOE FISH**
                                                          **Senior United States District Judge**