UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVE LORENZO SHAFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:08-CV-0395-G |
| BILL HILL, ) | |
| ) | **ECF** |
| Defendant. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. For the reasons stated in those findings, defendant's motion for summary judgment, filed May 29, 2009, is hereby **GRANTED**. By separate document, the court will enter judgment in accordance with FED. R. CIV. P. 58(a).

    **SO ORDERED**.

August 17, 2009.

                                                _/s/ A. Joe Fish_
                                                A. JOE FISH
                                                **Senior United States District Judge**